UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BERTHA VILLANUEVA** | : | Case No.1:10CV1488 |
| Plaintiff(s), | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| **MARCUS BARCROFT, et al.,** | : | **MEMORANDUM & ORDER** |
| Defendant(s). | : | |

Before the Court is Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. (Doc. 10.) For the reasons stated on the record, the Motion is **DENIED** as to Defendant Barcroft. In addition, the Motion is **DENIED** as to Defendants Marsh, York and My Investments without prejudice to reassert the Motion if appropriate.

    **IT IS SO ORDERED.**

                                                                         **s/Kathleen M. O'Malley**
                                                                         **KATHLEEN McDONALD O'MALLEY**
                                                                         **UNITED STATES DISTRICT JUDGE**

**Dated: October 20, 2010**